IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CYNTHIA CARSEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLUMBIA DEBT RECOVERY, LLC,<br>*d/b/a* Genesis,<br><br>　　　　Defendant. | CV 20-127-BLG-SPW-TJC<br><br><br>**ORDER** |

By Order dated August 25, 2020, this Court found that Defendant Columbia Debt Recovery, LLC, d/b/a Genesis, must respond to the Complaint and requested that they waive service of summons. (Doc. 5.) Defendant has not waived service or otherwise appeared in this action. Accordingly, pursuant to 28 U.S.C. § 1915(d), the Court will require the United States Marshals Service to personally serve the Complaint on Columbia Debt Recovery, LLC, d/b/a Genesis.

Based upon the foregoing, the Court issues the following:

**ORDER**

1. The Clerk of Court shall issue summons to the Columbia Debt Recovery, LLC, d/b/a Genesis.

2. The Clerk of Court shall provide the following documents to the United States Marshals Service:

1

\*    the Summons (Doc. 2-2);

\*    the Complaint (Doc. 2);

\*    the Court's Order of August 25, 2020 (Doc. 5); and

\*    this Order.

3.  The United States Marshals Service or its designated agent shall <u>personally serve</u> Columbia Debt Recovery, LLC, d/b/a Genesis, 906 SE Everett Mall Way, Ste. 301, Everett, Washington, 98208.  <u>Service by certified mail is not sufficient</u>.  Service shall be made within ninety (90) days of the date of this Order.  If service is not made within that time, the Marshals Service may request an extension of time to serve by filing an affidavit with the Court explaining the circumstances.  If service is not possible, the Marshals Service shall file an affidavit with the Court explaining the circumstances.  In either case, the Marshals Service shall mail a copy of any affidavit or request to Plaintiff's counsel, Robert Farris-Olson, of Morrison, Sherwood, Wilson & Deola, PLLP, PO Box 557, Helena, MT, 59624-0557.

DATED this 4th day of January, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge